District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FARAH DIRIYE JAWEYRIYO, <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>UR M. JADDOU, *et al.*, <br><br>　　　　　　Defendants. | Case No. 2:24-cv-01654-JLR <br><br> STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER <br><br> Noted for Consideration: <br> March 21, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01654-JLR] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 21st day of March, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | GIBBS HOUSTON PAUW |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (206) 553-7970<br>Fax:    (206) 553-4067<br>Email:  michelle.lambert@usdoj.gov | *s/ A. Fiona McKinnon*<br>FIONA MCKINNON, WSBA# 40842<br>Gibbs Houston Pauw<br>1000 Second Avenue, Suite 1600<br>Seattle, Washington 98104-1003<br>Phone: 206-682-1080<br>Email:  fiona.mckinnon@ghp-law.net<br>*Attorneys for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 77 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01654-JLR] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The case is dismissed without prejudice with each party to bear their own fees and costs.

It is so **ORDERED**.

DATED this 24th day of March, 2025.

                                                             _____
                                                             JAMES L. ROBART
                                                             United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01654-JLR] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800